**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:              April 1, 2015

Deputy Clerk:      Kathleen Finney
Court Reporter:    Mary George
Interpreters:      Ellen Klaver and Marcela Salazar

Civil Action No.: 15-cv-00565-JLK

| | |
|---|---|
| MARIA ERMELINDA PORTILLO ESCOBAR, | Laura Lichter |
| | Mark Barr |
|     Petitioner, | |
| v. | |
| ERIC H. HOLDER, JR., U.S. Attorney General, and | Hetal Doshi |
| JOHNNY CHOATE, Warden, | Erez Reuveni |
|     Denver Contract Detention Facility, | |
|     Respondents. | |

### COURTROOM MINUTES

**Motions Hearing**

**1:05 p.m.    Court in session.**

Court calls case.

Interpreters are sworn.

Now pending and relevant to this hearing is the petitioner's **Emergency Motion for Temporary Restraining Order** [#10] filed March 26, 2105.

Opening statements by the court.

1:12 p.m.    Argument by Ms. Lichter.

**1:46 p.m.    Court in recess.**

**1:53 p.m.    Court in session.**

1:55 p.m.    Argument by Mr. Reuveni.

2:19 p.m.    Response by Ms. Lichter.

2:31 p.m.    Reply by Mr. Reuveni.

2:36 p.m.     Sur-reply by Ms. Lichter.

**ORDERED:**   The case stands as submitted and the Court takes the matter under advisement.

**2:38 p.m.     Court in recess.**

Hearing concluded.
Total time in court: 01:26