## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No:15-cv-565-JLK

MARIA ERMELINDA PORTILLO ESCOBAR (A206-726-581),

    Plaintiff,

    v.

ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL; and
JOHNNY CHOATE, WARDEN, DENVER CONTRACT DETENTION FACILITY,

    Defendants.

### ORDER ON MOTION FOR VOLUNTARY DISMISSAL

Kane, J.

    Before me is Petitioner's Unopposed Motion for Voluntary Dismissal with Prejudice (Doc. 22).  Having reviewed the motion, I find that a dismissal with prejudice is appropriate in light of the settlement reached by the parties.  Accordingly, the Motion is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.


Dated:  April 21, 2015                        **s/ John L. Kane**
                                                               Senior U.S. District Judge